# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2022
```

May 2, 2022

<u>VIA CM/ECF</u>
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

                **Re:**    Vuppala v. Imperial Parking (U.S.), LLC, d/b/a Impark Parking, et al.
                          Case 1:22-cv-01609-AT

Dear Judge Torres :

      The undersigned represents the Plaintiff in the above-captioned case matter. The parties are directed to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by May 2, 2022 to your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

                                        GRANTED. By **June 2, 2022**, the parties shall submit their joint letter and proposed case management plan.

                                        SO ORDERED.

                                        Dated: May 2, 2022
                                              New York, New York

                                                                    ANALISA TORRES
                                                               United States District Judge