# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/3/2022__

June 2, 2022

<u>VIA CM/ECF</u>
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

     **Re:**  **Vuppala v. Imperial Parking (U.S.), LLC, d/b/a Impark Parking, et al.**
        **Case 1:22-cv-01609-AT**

Dear Judge Torres :

  The undersigned represents the Plaintiff in the above-captioned case matter. The parties are directed to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by June 2, 2022 to your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State.

  The undersigned counsel is undertaking additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location, and likewise Federal Express correspondence to the corporate addresses in order to facilitate contact from defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this second adjournment request.

       GRANTED. By **July 5, 2022**, the parties shall file their joint letter and proposed case management plan.

       SO ORDERED.

       Dated: June 3, 2022
          New York, New York      _____
                         ANALISA TORRES
                     United States District Judge