UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

               Plaintiff,

-against-

IMPERIAL PARKING (U.S.), LLC, a Delaware limited liability company, d/b/a IMPARK, a/k/a 150 NASSAU ST GARAGE - LOT #87, and THE BRAUSER GROUP #1, LLC, a New York limited liability company,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/8/2022

22 Civ. 1609 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On June 3, 2022, the Court directed the parties to file a joint letter and proposed case management plan by July 5, 2022. ECF No. 13. This represented the second extension of that deadline. *See* ECF Nos. 7, 11. Those submissions are now overdue. Accordingly, by **July 15, 2022**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                                      ANALISA TORRES
                                           United States District Judge