# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/5/2022_____
```

August 4, 2022

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

        **Re:**    **Vuppala v. Imperial Parking (U.S.), LLC, d/b/a Impark Parking, et al.
               Case 1:22-cv-01609-AT**

Dear Judge Torres:

     The undersigned represents the Plaintiff in the above-captioned matter. The parties are directed to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by August 4, 2022, to your Honor's Courtroom. However, Defendants have not yet appeared in this matter as Defendants were recently served.

     This matter was sent out to be served via the Department of State in May of 2022, but apparently it never was provided to the Department of State by our process server. See email, Exhibit "A", confirming this by the process service. Also, see recent service that was provided to the Department of State for service by the process server as noted on the Affidavits of Service [D.E. 17 & D.E. 18], Exhibits "B" and "C". This is the date that the Complaint and Summons was provided to the Department of State by the process service, not a date of service to the Defendants. We will not know the actual date of service from the Department of State to the Defendants. We do know it is not a quick process for service to be completed by them. Because of this delay, we will also be following up with service via an independent process server, due to the lateness of the original service through the Department of State.

     One of the Defendants sent a letter to our firm, we believe now it was possibly due to solicitation mail sent out by attorneys seeking to be hired on new cases.

     As such, in order to afford time for the Defendants to formally appear, hire an attorney and respond to the Complaint, the undersigned hereby respectfully requests a 45-day adjournment of the deadline to submit the jointly proposed Case Management Plan and Scheduling Order to a date most convenient to this Honorable Court.

Thank you for your consideration of this fourth adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

GRANTED in part, DENIED in part.  By **September 5, 2022**, the parties shall filed their joint letter and proposed case management plan.  Should Defendant Imperial Parking (U.S.), LLC not appear by September 5, 2022, Plaintiff shall move for default against it on that date in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: August 5, 2022
    New York, New York

ANALISA TORRES
United States District Judge